

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Chris D. Hernandez,

\* From the 371st District
Court of Tarrant County,
Trial Court No. 1314992D.

Vs. No. 11-14-00030-CR

\* February 6, 2014

The State of Texas,

\* Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has considered Chris D. Hernandez's motion to withdraw appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the notice of appeal is withdrawn, and the appeal is dismissed.